OWEN, Circuit Judge,
concurring.
I join Judge Southwick’s holding that Sheriff Thomas Callahan is entitled to qualified immunity. With respect, however, I do not join his opinion. I agree only that because there is no underlying constitutional violation upon which to base supervisory liability, Callahan is entitled to *359 qualified immunity. The balance of Judge Southwick’s opinion is unnecessary, and I would not reach the other issues that he considers. I also note that many of the reasons given by the district court for concluding that Callahan could be held liable under a theory of failing to supervise or train were subsequently rejected by our court in a related appeal.[1]

. See Brown v. Callahan, 623 F.3d 249 (5th Cir.2010).